IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JOSHUA BOLEN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:17CV347 |
| | ) | |
| ERIC A. HOOKS, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

On June 23, 2017, the United States Magistrate Judge's Recommendation was filed and notice was served on Petitioner pursuant to 28 U.S.C. § 636. Petitioner filed objections (ECF Nos. 9, 10, 11) to the Recommendation within the time limit prescribed by Section 636. The Court has reviewed Petitioner's objections *de novo* and finds they do not change the substance of the United States Magistrate Judge's Recommendation (ECF No.7), which is hereby affirmed and adopted.

IT IS THEREFORE ORDERED that this action is DISMISSED without prejudice to Petitioner filing a new petition which corrects the defects of the current petition, and that, finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is DENIED.

This, the 25th day of July, 2017.

/s/ Loretta C. Biggs
United States District Judge